IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| RICHARD J. KOEPP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:15-CV-01417-ODE |
| | ) | |
| CITY CLUB/ATLANTA GALLERIA, INC. | ) ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of the above-captioned action. Except as otherwise agreed between the parties, each party shall bear its own attorneys' fees and costs.

Respectfully submitted, this 20th day of May, 2016.

*<<<Signatures on Following Page>>>*

| | |
|---|---|
| s/ Debra K Scott | s/ Brent L. Wilson |
| Debra K. Scott | Brent L. Wilson |
| Georgia Bar No. 631980 | Georgia Bar No. 767667 |
| PETREE & SCOTT | Brent D. Wasser |
| 2296 Henderson Mill Rd. | Georgia Bar No. 371372 |
| Suite 404 | Elarbee, Thompson, Sapp & Wilson, LLP |
| Atlanta, GA 30345 | 800 International Tower |
| Telephone: (404) 938-1061 | 229 Peachtree Street, NE |
| Facsimile: (770) 939-7855 | Atlanta, GA 30303 |
| E-mail: dscott@petreescott.com | Telephone: (404) 659-6700 |
| | Facsimile: (404) 222-9718 |
| | E-mail: bwilson@elarbeethompson.com |
| | E-mail: wasser@elarbeethompson.com |